IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ROBERT JOSEPH FIORE II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14CV731 |
| | ) | |
| CAPTAIN MILEM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On December 8, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff Fiore filed objections (ECF No. 66) within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (ECF No. 61), which is hereby affirmed and adopted.

IT IS THEREFORE ORDERED that Defendant Milem's Motion for Summary Judgment (ECF No. 43) is GRANTED, Plaintiff's Motion for Summary Judgment (ECF No. 40) is DENIED, and this action is DISMISSED.

This, the 9th day of March, 2017.

/s/ Loretta C. Biggs
United States District Judge